NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED L. FREDRICK-BEY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3165

---

Petition for Review of the Merit Systems Protection Board in case no. DC0752110799-I-1.

---

## ON MOTION

---

## ORDER

The United States Department of Defense moves to recaption to designate the Merit Systems Protection Board ("Board") as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Fredrick-Bey's petition for lack of jurisdic-

tion.   Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.  The Board should calculate its brief due date from the date of this order.

FOR THE COURT

AUG 2 3 2012                            /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  Douglas G. Edelschick, Esq.
     Calvin Morrow, Esq.
     Fred L. Fredrick-Bey

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 3 2012

JAN HORBALY
CLERK